# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-00304 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
|  | ) |  |
| vs. | ) | ORDER ACCEPTING PLEA |
|  | ) | AGREEMENT, JUDGMENT AND |
| JAISHON PARKS, | ) | REFERRAL TO U.S. PROBATION |
|  | ) | OFFICE |
| Defendant. | ) |  |
|  | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Jaishon Parks which was referred to the Magistrate Judge with the consent of the parties.

On August 20, 2024, the Government filed a single count Indictment, charging Defendant Jaishon Parks with Count 1, Illegal Possession of a Machine Gun, in violation of Title 18 U.S.C. §§ 922(o) and 924(a)(2). Defendant Jaishon Parks was arraigned on August 26, 2024, during which Jaishon Parks entered a plea of not guilty to the charges. On February 6, 2025, Magistrate Judge Jonathan D. Greenberg received Defendant Jaishon Parks' plea of guilty to Count 1 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Jaishon Parks is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate

factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Jaishon Parks is adjudged guilty of Count 1 of the Indictment, with Illegal Possession of a Machine Gun, in violation of Title 18 U.S.C. §§ 922(o) and 924(a)(2). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will occur in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio, as previously scheduled.

IT IS SO ORDERED.


*s/David A. Ruiz*     7/7/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE